No. 424. SPRUNT v. DENVER & RIO GRANDE WESTERN RAILROAD Co. Supreme Court of Utah. Certiorari denied. *Ray R. Murdock* for petitioner. *Paul H. Ray* for respondent.

No. 426. MORRISON v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *David H. Caplow* for petitioner.

No. 427. IN RE EASTERN SUPPLY Co. C. A. 3d Cir. Certiorari denied. *Meyer W. Gordon* and *Leonard M. Mendelson* for petitioner.

No. 454. SUSSMAN ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 470. EVANS v. WATSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Al. Philip Kane* and *Charles V. Koons* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondents.

No. 431. CITY OF CORINTH, MISSISSIPPI, v. FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. *William L. Sharp* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Willard W. Gatchell, Howard E. Wahrenbrock* and *David J. Bardin* for the Federal Power Commission, and *Stanley M. Morley* for the Alabama-Tennessee Natural Gas Co., respondents.